UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK   ECF FILE

---

BOARD OF TRUSTEES OF THE UNITED UNION ROOFERS, ) Index No.: 05-CIV-0240 (SJF)(KAM)
WATERPROOFERS & ALLIED WORKERS LOCAL UNION )
NO. 8 W.B.P. & A. FUNDS, )
) **DEFAULT JUDGMENT**
Plaintiffs, )
) FILED
-against- ) IN CLERK'S OFFICE
) U.S. DISTRICT COURT E.D.N.Y.
H.S.T. ROOFING LTD a/k/a HST ROOFING INC., ) ★ SEP 27 2005 ★
)
Defendant. ) P.M. _____
) TIME A.M. _____

---

This action having been commenced on January 18, 2005 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, H.S.T. roofing Ltd a/k/a HST Roofing Inc. on January 31, 2005 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on February 14, 2005 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of One Hundred and Fifty-One Thousand One Hundred and Thirty-One Dollars & Ninety-Six Cents ($151,131.96) which includes the following: Benefit Fund Contributions due and owing in the sum of $106,889.98 for the period April 1, 2004 through to and including August 31, 2004; liquidated damages calculated at 2% per month through to March 2005 of the principal amount of contributions owed in the sum of $21,100.99; interest at the rate of 2% per month on the principal amount of contributions owed through to March 2005 in the sum of $21,100.99, reasonable attorneys' fees in the sum of $1,800.00; plus court costs and disbursements of this action in the sum of $240.00.

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: Brooklyn, New York
September 26, 2005

So Ordered:

_____
Honorable Sandra J. Feuerstein, USDJ